**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-20531-CIV-SEITZ

CAPELLA PHOTONICS, INC.,

    Plaintiff,

v.

FUJITSU NETWORK
COMMUNICATIONS, INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND DIRECTING ADDITION TO DOCKET TO RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE-37] requesting, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures, permission for the appearance of Christopher E. Chalsen in the above styled-case and that he receive notice of electronic filings. Upon consideration, it is hereby

ORDERED that

(1) The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE-37] is GRANTED. Christopher E.

Chalsen shall be permitted to appear *pro hac vice* on behalf of Defendant Fujitsu Network Communications, Inc. in the above-styled case only.

(2) During the course of this case, Christopher E. Chalsen shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to adhere to this Court's local rules may result in the revocation of Counsel's *pro hac vice* admission.

(3) David Brafman, a member of the bar of this Court who maintains an office in this State for the practice of law, shall be Fujitsu Network Communications, Inc.'s designated local counsel with whom the Court and Counsel may readily communicate and upon whom papers may be served.

(4) The request of Christopher E. Chalsen to electronically receive notices of electronic filings ("NEF") at cchalsen@milbank.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 1st day of May, 2014.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record